COMMONWEALTH of Pennsylvania,
Respondent

v.

Michael J. DUNCAN, Petitioner

No. 306 WAL 2016

Supreme Court of Pennsylvania.

December 30, 2016

## ORDER

PER CURIAM

AND NOW, this 30th day of December, 2016, the Petition for Allowance of Appeal is **DENIED**.